No. 02–1664. BECHHOEFER v. DRUG ENFORCEMENT ADMINISTRATION. C. A. 2d Cir. Certiorari denied.

No. 02–1669. SWIFT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 02–1706. SWAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8550. MURPHY v. REINHARD, COMMISSIONER, VIRGINIA DEPARTMENT OF MENTAL HEALTH, MENTAL RETARDATION AND SUBSTANCE ABUSE SERVICES. Sup. Ct. Va. Certiorari denied.

No. 02–9745. DORSEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–9792. WILLIAMS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 02–10107. HUTCHISON v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–10160. MENOTTI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10161. NICKENS v. PEARSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10165. CHALFANT v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–10167. BARBER v. HURLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–10169. TYNER v. SIZER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10170. WILLIAMS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.